ACCEPTED
05-15-00272-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2015 5:24:40 PM
LISA MATZ
CLERK

# NO. 05-15-00272-CV

In the Fifth Court of Appeals
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/5/2015 5:24:40 PM
LISA MATZ
Clerk

**JERRY WRIGHT AND STACI WRIGHT,**
Appellants,

v.

**GREGORY S. MENTA,**
Appellee.

On Appeal from the 59th District Court
Grayson, Texas
Trial Court Cause No. CV-12-0093

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Gregory S. Menta files this unopposed motion for extension of time to file his brief under the authority of Texas Rules of Appellate Procedure 10.5(b)(1):

### A. INTRODUCTION.

1.     This is an appeal from an Order and Final Judgment with Amended Final Arbitration Award.

2.     Appellants filed their brief on May 6, 2015. Appellee's brief is currently due June 5, 2015.

3.      Appellee requests a 30 day extension to file his Appellee's Brief, or up to and including July 6, 2015.

4.      This is Appellee's first request for an extension of time.

**B. BASES FOR EXTENSION.**

5.      In addition to attempting to prepare the brief in this case, undersigned counsel for Appellee has been otherwise engaged in:

*       Prepared and presented a hearing in *Jose & Edna Perez v. Loya Insurance Company*, Cause No. 2009-32923 in the 113th Judicial District Court, Harris County, Texas, on May 29, 2015;

*       Prepared and presented a hearing in *Samuel Guerra v. Travelers Lloyds of Texas Insurance Company*, Cause No. 2009-33090 in the 125th Judicial District Court, Harris County, Texas on May 29, 2015;

*       Preparing a brief in *Bay Area Healthcare Group, Ltd. d/b/a Corpus Christi Medical Center v. Brenda Martinez*, Cause No. 13-15-00118-CV, in the Thirteenth Court of Appeals, due on June 5, 2015;

*       Preparing a amici brief in *Greater Houston Partnership v. Ken Paxton, Texas Attorney General; and Jim Jenkins*, Cause No. 13-0745, in the Supreme Court of Texas;

\*      Preparing a brief in *Erin Lynn Stow and Katherine Bradley v. Slammin 4, LLC, et al.*, Cause No. 14-15-00044-CV, in the Fourteenth Court of Appeals, Houston, Texas, due on June 10, 2015;

\*      Preparing a motion to compel in *Henry Olusegun George, et al. v. Hartford Life and Accident Insurance Company and Examination Management Services, Inc.*, Cause No. 4:15-cv-00381, in the United States District Court for the Southern District, Houston, Texas, and

\*      Preparing for a trial in *Felicita Del Carmen Canas, et al. v. CenterPoint Energy Resources Corp.*, Cause No. 2011-08170, in the 157th Judicial District Court, Harris County, on June 15, 2015.

### C. PRAYER.

6.      For these reasons, Appellee asks that the court grant his extension of 30 days to file his brief, or up to and including July 6, 2015.

Respectfully submitted,

KELLY, DURHAM & PITTARD, L.L.P.


By:   /s/ Peter M. Kelly
        Peter M. Kelly (Lead Counsel)
        State Bar No. 00791011
        1005 Heights Boulevard
        Houston, Texas 77008
        Telephone: 713.529.0048
        Facsimile: 713.529.2498
        Email: pkelly@texasappeals.com

PERDUE & KIDD

By:    /s/ Donald H. Kidd
       Donald H. Kidd, Co-Counsel
       State Bar No. 11383100
       510 Bering Drive, Suite 550
       Houston, Texas 77057
       Telephone:  713.520.2500
       Facsimile:   713.520.2525
       Email: dkidd@perdueandkidd.com


HYNDS & GORDON, P.C.

By:    /s/ J. Don Gordon
       J. Don Gordon, Co-Counsel
       State Bar No. 08200200
       500 North Sam Rayburn Freeway
       Suite 200
       Sherman, Texas 75090
       Telephone:  903.892.1807
       Facsimile:   903.893.2015
       Email: jdon@hyndsgordon.com

       *Counsel for Appellee*
       *Gregory S. Menta*

**CERTIFICATE OF CONFERENCE**

I, Peter M. Kelly, certify that I have conferred with opposing counsel, and Bryan Burg does not oppose this request for an extension of time.

    /s/ Peter M. Kelly
    Peter M. Kelly

**CERTIFICATE OF SERVICE**

A true and correct copy of this *Unopposed Motion for Extension of Time to File Appellee's Brief* has been forwarded to all counsel of record on June 5, 2015, as follows:

Bryan H. Burg
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
4949 Hedgcoxe Rd., Suite 230
Plano, Texas 75024
bryanburg@siebman.com
*Via Facsimile: 214.387.9125*

Clyde M. Siebman
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
clydesiebman@siebman.com
*fax: 903.870.0066*

Elvin E. Smith, III
LAW OFFICES OF ELVIN E. SMITH, III PLLC
307 Dartbrook
Rockwall, Texas 75087
esmith@eeslaw.com
*fax: 972.722.3332*

**Counsel for Appellant Jerry Wright**

/s/ Peter M. Kelly
Peter M. Kelly